**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURETEC INSURANCE COMPANY, a Texas corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>QWEST ENGINEERING, INC., a California corporation; VANGUARD EQUIPMENT RENTALS, a California corporation, BRAD ZIMMERMAN, an individual; JUDY ZIMMERMAN, an individual; TIMOTHY BELL, an individual; LAURA BELL, an individual,<br><br>*Defendant*s. | CASE NO.: 8:24-cv-01332-JVS-KES<br><br>*Assigned to the Honorable James V. Selna, Department 10C*<br><br>**JUDGMENT**<br><br>**Action Filed:** June 18, 2024<br>**Trial Date:**   December 16, 2025 |

Pursuant to the Court's Order Regarding Motions for Default Judgment [Dkt. Nos. 69, 70, 71, and 72] and Attorney Fees [Dkt. No. 62] [identified as Dkt. No. 74], Judgment is hereby entered in favor of Plaintiff SURETEC INSURANCE COMPANY, a Texas corporation, and against Defendants QWEST ENGINEERING, INC., a California corporation; VANGUARD EQUIPMENT RENTALS, a California corporation; BRAD ZIMMERMAN, an individual; JUDY ZIMMERMAN, an individual; TIMOTHY BELL, an individual; and LAURA BELL, an individual, jointly and severally, in the total amount of **$559,200.44,** as follows:

| | |
|---|---|
| DAMAGES | $ 435,110.00 |
| INTEREST | $ 31,951.96 |
| ATTORNEY'S FEES | $ 92,138.48 |
| **TOTAL** | **$ 559,200.44** |

Dated: September 15, 2025

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE